Form 5 - SUITABLE WITH MAILING                               CHANTAL


P338348

**COHEN &FITCH LLP**      COHEN &FITCH LLP
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
-----------------------------------------------------------
CARLOS CEDENO

                                                    PLAINTIFF

                     - vs -

THE CITY OF NEW YORK, ETANO

                                                DEFENDANT
-----------------------------------------------------------

index No. **14 CV 1592**
Date Filed

Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JULIUS THOMPSON** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **29TH** day of **MARCH, 2014 12:24PM** at
    **%33RD PRECINCT 2207 AMSTERDAM AVE**
    **NEW YORK NY 10032**
I served the **SUMMONS AND COMPLAINT, CIVIL COVER SHEET,**
upon **POLICE OFFICER JOSUE PEREZ, SHIELD NO.007624**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **P. O. GERMAIN WHO REFUSED FULL NAME, CO-WORKER** a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

                 SEX: **MALE**     COLOR: **BLACK** HAIR: **BLACK**
                 APP.AGE: **43** APP. HT: **5/9** APP. WT: **200**
                 OTHER IDENTIFYING FEATURES

On **03/31/2014** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:


Sworn to before me this
31ST day of MARCH, 2014

RYAN PARCHMENT
Notary Public, QUEENS COUNTY
  01PA6273381
Qualified in QUEENS COUNTY
Commission Expires 12/10/2016

JULIUS THOMPSON 822528
inSync Litigation Support, LLC
75 MAIDEN LANE, 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-CF-338348